AO 442 (Rev.02/2005 EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

**FILED**

UNITED STATES OF AMERICA
v.

Eric D. Cooks

06 - 194 M - 01

MAY 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER : 1:05mj761

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Eric D. Cooks and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Pretrial Release Violation Petition

charging him or her with (brief description of offense):

Violation of Pretrial Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3148**

RECEIVED U.S. MARSHALS 2005 NOV 10 P 12:45

**Jenny Wheeler**
Name of Issuing Officer

*(signature)* Jenny Wheeler
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

November 10, 2005
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ _____

by __Honroable Liam O'Grady__
U.S. Magistrate Judge

| Date Received<br>5-2-06 | Name and Title of Arresting Officer<br>SEAN McLEOD<br>SDUSM | Signature of Arresting Officer<br>*(signed)* Sean McLeod |
|---|---|---|
| Date of Arrest<br>5-4-06 | | |