PS 1
(N/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

F I L E D

NOV - 9 2005

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

06 - 19 4  M - 01

U.S.A. vs. Eric D. Cooks

Docket No. 05-mj-761

### Petition for Action on Conditions of Pretrial Release

COMES NOW Tracey M. White, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Eric Cooks, who was placed under pretrial release supervision by the Honorable Liam O'Grady sitting in the Court at Alexandria, on October 11, 2005, under the following conditions:

FILED

MAY 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- Pretrial Services supervision;
- Refrain from possessing a firearm, destructive device, or other dangerous weapon;
- Refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic or other controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person;
- Undergo substance abuse and alcohol testing as directed by Pretrial Services and pay costs.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

On October 12, 2005, the defendant submitted a urine specimen which tested positive for cocaine, marijuana, and phencyclidine (PCP) and was confirmed positive for cocaine, marijuana and PCP by Scientific Testing Laboratories, Inc. on October 27, 2005.

On October 18, 2005, the defendant submitted a urine specimen which tested positive for cocaine, marijuana, and phencyclidine (PCP) and was confirmed positive for cocaine, marijuana and PCP by Scientific Testing Laboratories, Inc. on November 3, 2005.

On October 26, 2005, and October 27, 2005, the defendant failed to report for substance abuse testing.

On October 28, 2005, the defendant reported to Pretrial Services and submitted a urine specimen which tested positive for cocaine, marijuana, and phencyclidine (PCP). The defendant admitted using cocaine and marijuana on October 25, 2005, but denied using phencyclidine since September 25, 2005. This specimen was sent out to Scientific Testing Laboratories, Inc. for confirmation and the results are pending.

On November 4, 2005, and November 7, 2005, the defendant failed to report for substance abuse testing.

PRAYING THAT THE COURT WILL ORDER warrant and the defendant appear before Your Honor to show cause why his conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this ___9th___ day of
___November___, 2005 and ordered filed and made
a part of the records in the above case.

_____
U.S. Magistrate Judge

Respectfully,

_____
U.S. Pretrial Services Officer

Place:

Date: November 7, 2005