**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 5/10/06

RECEIVED
MAILROOM

MAY 11 2006

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Nancy Mayer-Whittington**
**Clerk of the Court**

Address of Other Court: United States District Court
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, VA. 22314

05mj761

RE: 06MG194 (Eric D. Cooks)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Viol. Pet | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 5/4/06 | | |

**FILED**

**MAY 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk